1   Tracy L. Mainguy, Bar No. 176928
    Operating Engineers Local Union No. 3 Trust Funds- Multi-Services
2   1620 South Loop Road
    Alameda, CA 94502
3   (510) 748-7474

4   Attorney for the Plaintiffs

5

6                     UNITED STATES DISTRICT COURT

7             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                       (SAN FRANCISCO DIVISION)

9   GIL CROSTHWAITE, RUSS BURNS, in      )  Case No.:  C 06-7608 JSW
    their respective capacities as Trustees of the  )
10  OPERATING ENGINEERS HEALTH AND        )  **STIPULATION TO DISMISS**
    WELFARE TRUST FUND FOR                )  **DEFENDANT SURETY COMPANY OF**
11  NORTHERN CALIFORNIA, et al.,          )  **THE PACIFIC WITHOUT PREJUDICE**
                                          )  **[Federal Rule of Civil Procedure 41(a)(1)]**
12                                        )
            Plaintiffs,                   )
13      vs.                               )
                                          )
14  SHADE CONSTRUCTION &                  )
    ENGINEERING, INC., et al.,            )
15                                        )
                                          )
            Defendants.                   )
16                                        )
                                          )
17  _____)

18

19      Plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as

20  Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR

21  NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS;

22  PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING

23  ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP,

24  APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND;

25  OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING

STIPULATION TO DISMISS DEFENDANT SURETY COMPANY OF THE PACIFIC WITHOUT PREJUDICE;
ORDER THEREON;
Case No. C 06-7608 JSW
                                    - 1

1  ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS

2  MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY

3  STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND ("Operating

4  Engineers Trust Funds"), and and Defendant SURETY COMPANY OF THE PACIFIC stipulate

5  and agree to the following:

6      1.  The above-captioned matter is dismissed without prejudice pursuant to Federal Rule of

7  Procedure 41(a)(1) as to Defendant SURETY COMPANY OF THE PACIFIC.

8      2.       Each party will bear their own attorneys' fees and costs relating to this proceeding.

9

10  Dated this 29th day of January of 2007

11                                    OPERATING ENGINEERS LOCAL UNION NO. 3
                                      TRUST FUNDS – MULTI-SERVICES
12                                    By:_____
13                                        TRACY L MAINGUY
                                          ATTORNEY FOR PLAINTIFFS
14

15

16  Dated this 30 day of January of 2007

17                                    LAW OFFICES OF GEISSLER AND NIMOY
                                      By:_____
18                                        STEVEN S. NIMOY

19

20

21

22

23

24

25
/////

STIPULATION TO DISMISS DEFENDANT SURETY COMPANY OF THE PACIFIC WITHOUT PREJUDICE;
ORDER THEREON;
Case No.  C 06-7608 JSW
                                     - 2

**ORDER**

Based upon the above-stated stipulation for dismissal of action without prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is dismissed without prejudice as to Defendant SURETY COMPANY OF THE PACIFIC.

Dated: February 8, 2007

_____
JEFFREY S. WHITE
HON. UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO DISMISS DEFENDANT SURETY COMPANY OF THE PACIFIC WITHOUT PREJUDICE;
ORDER THEREON;
Case No.  C 06-7608 JSW