Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE et al., <br><br> Plaintiffs, <br> vs. <br><br> SHADE CONSTRUCTION & ENGINEERING, INC., et al., <br><br> Defendants. | Case No.: C 06-7608 JSW <br><br> **EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** <br><br> Date: April 27, 2007 <br> Time: 1:30 p.m. <br> Place: 450 Golden Gate Ave., Courtroom 2, 17th Floor, San Francisco, CA |

    Plaintiffs respectfully request that the Court continue the case management conference currently calendared for April 27, 2007 at 1:30 p.m. until May 25, 2007 at 1:30 p.m., or the first available date thereafter on which the Court is available to conduct the case management conference.

    The reason for the continuance is as follows. Since the filing of the original complaint, Defendant SHADE CONSTRUCTION & ENGINEERING, INC. agreed verbally to settle the matter and remitted payments toward the damages sought in the complaint to Plaintiffs. The Plaintiffs are awaiting another payment from that Defendant, and after the payment is received will reduce the verbal settlement, which is contingent on the payment, into writing. As the remaining payment is payable this week, Plaintiffs expect that the settlement will be finalized

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON; Case No. C 06-4451 SBA

- 1 -

within the next thirty days. Accordingly, Plaintiffs are requesting a continuance of the matter until May 25, 2007 at 1:30 p.m., but are hopeful that the matter will be dismissed prior to that date.

Based upon the probability of settlement of this matter, continuing the matter promotes judicial efficiency and preserves the resources of the parties.

RESPECTFULLY SUBMITTED.

Dated this 17th day of April of 2007

                OPERATING ENGINEERS LOCAL UNION NO. 3
                TRUST FUNDS – MULTI-SERVICES

                By: _____
                    TRACY L MAINGUY
                    ATTORNEY FOR PLAINTIFFS

## ORDER

Based upon the above-stated stipulation, and good cause appearing, the case management conference scheduled for April 27, 2007 at 1:30 p.m. is continued until May 25, 2007 at 1:30 p.m. The parties are to file their joint case management conference statement no later than May 18, 2007.

Dated: April 20, 2007

                _____
                JEFFREY S. WHITE
            HON. UNITED STATES DISTRICT COURT JUDGE