Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE et al.,<br><br>    Plaintiffs,<br>vs.<br><br>SHADE CONSTRUCTION &<br>ENGINEERING, INC., et al.,<br><br>    Defendants. | Case No.: C 06-7608 JSW<br><br>**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date: May 25, 2007<br>Time: 1:30 p.m.<br>Place: 450 Golden Gate Ave., Courtroom 2, 17th Floor, San Francisco, CA |

Plaintiffs respectfully request that the Court continue the case management conference currently calendared for May 25, 2007 at 1:30 p.m. until June 15, 2007 at 1:30 p.m., or the first available date thereafter on which the Court is available to conduct the case management conference.

The reason for the continuance is as follows. Since the filing of the original complaint, Defendant SHADE CONSTRUCTION & ENGINEERING, INC. agreed verbally to settle the matter and remitted payments toward the damages sought in the complaint to Plaintiffs. The Plaintiffs were awaiting another payment from that Defendant, when the prior ex parte application for a continuance of the case management conference was filed. Since then, the payment was received; however, Plaintiffs' Counsel began drafting the settlement agreement and

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON;
Case No. C 06-4451 SBA

- 1 -

1  was awaiting an interest calculation from the Trust Funds' third party administrator needed to
2  complete the payment schedule to be included in the settlement agreement. While awaiting the
3  interest payment, Plaintiffs' Counsel, who is five months pregnant became ill. Plaintiffs'
4  Counsel is leaving for a medical leave of absence at the end of May of 2007, as she is unable to
5  perform her duties due to her pregnancy condition. Plaintiffs' Counsel will do her best to
6  finalize the settlement prior to the end of the month and respectfully requests a short continuance
7  to do so. If the settlement is not finalized by May 29, 2007, the matter will be referred to
8  Saltzman and Johnson, ouside counsel for the Trust Funds on that date. The Trust Funds
9  apologize for any inconvenience caused by the delay in finalizing the settlement agreement
10  and/or the request for a further continuance.

RESPECTFULLY SUBMITTED.

Dated this 21st day of May of 2007

OPERATING ENGINEERS LOCAL UNION NO. 3
TRUST FUNDS – MULTI-SERVICES

By: _____
TRACY L MAINGUY
ATTORNEY FOR PLAINTIFFS

**ORDER**

~~Based upon the above-stated stipulation, and good cause appearing~~, the case management conference scheduled for May 25, 2007 at 1:30 p.m. is continued until June 15, 2007 at 1:30 p.m. The parties are to file their joint case management conference statement no later than June 8, 2007.

Dated: May 24, 2007

_____
JEFFREY S. WHITE
HON. UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER THEREON;
Case No. C 06-4451 SBA