Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | Case No.: C06-76087 JSW |
| Plaintiffs, | **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| SHADE CONSTRUCTION & ENGINEERING, INC., et al., | DATE:   June 15, 2007<br>TIME:    1:30 p.m.<br>CRTM:   2, 17th Floor<br>JUDGE:  The Honorable Jeffrey S. White |
| Defendants. | |

Newly named counsel to plaintiffs in this action is concurrently filing a Substitution of Attorney with this Request for Continuance of Case Management Conference.

The newly substituted counsel has just received this file and hereby respectfully requests that the Case Management Conference, currently scheduled for June 15, 2007, be continued for approximately 60 days to allow counsel to review the case, analyze the parties' positions and any possibility of resolution, and respond as necessary. The parties are currently discussing resolution.

It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

///

///

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
Case No.: C06-7608 JSW

1  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 1st day of June, 2007, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __August 17, 2007__ at __1:30 p.m.__.

Date: __June 6, 2007__          _____
United States District Court Judge

-2-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C06-7608 JSW**