**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   GIL CROSTHWAITE, et al.,

10          Plaintiffs,                          No. C 06-07608 JSW

11     v.

12   SHADE CONSTRUCTION &                 **ORDER REFERRING MOTION**
     ENGINEERING, INC., et al.,            **FOR DEFAULT JUDGMENT FOR**
13                                         **REPORT AND**
          Defendants.                      **RECOMMENDATION**
14   _____/

15

16          Pursuant to Northern District Civil Local Rule 72-1, Plaintiffs' motion for default

17   judgment is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purpose of

18   preparing a Report and Recommendation on the motion.  The hearing date set for November 2,

19   2007 is VACATED.

20          **IT IS SO ORDERED.**

21

22   Dated: October 10, 2007

23                                         JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE
24

25   cc: Wings Hom

26

27

28