IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SHADE CONSTRUCTION &<br>ENGINEERING, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 06-07608 JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

    This matter comes before the Court upon consideration of Magistrate Judge Laporte's Report and Recommendation re: Plaintiffs' motion for default judgment against Defendants Shade Construction & Engineering, Inc. and Scott Shade (collectively, "Defendants"). In her Report and Recommendation, Magistrate Judge Chen recommends that this Court grant the motion and award Plaintiff (1) $51,624.71 in unpaid contributions; (2) 72,401.89 in liquidated damages and interest, (3) $7,476.00 in attorneys' fees, and (4) $558.50 in costs, for a total of $132,061.10, the entire amount of which is to accrue at the rate of 12% from February 12, 2008 until paid. There have been no objections filed thereto.

    The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Plaintiffs' motion for default judgment against Defendants is GRANTED. ///

///

///

1  Plaintiff is awarded $132,061.10, which is to accrue at the rate of 12% from February 12, 2008
2  until paid.
3  **IT IS SO ORDERED.**

5  Dated: July 10, 2008

   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

2