Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs,
GIL CROSTHWAITE, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>SHADE CONSTRUCTION & ENGINEERING, INC., a California Corporation, and SCOTT SHADE, as an individual,<br><br>        Defendants. | Case No.: C06-07608 JSW<br><br>**AMENDMENT TO AMENDED JUDGMENT PURSUANT TO STIPULATION** |

The Amended Judgment Pursuant to Stipulation entered on September 22, 2008 ("Amended Judgment") is hereby amended as set forth below. In all other respects, the Amended Judgment remains *unchanged*.

//

//

//

//

1
**AMENDMENT TO AMENDED JUDGMENT**
**CASE NO.: C06-07608 JSW**

**Paragraphs 2 and 3**:

Since entry of the Amended Judgment, the parties acknowledge and agree that Defendants owe the following sums to Plaintiffs:

|  | Work Months | Amount |
|---|---|---|
| **Contributions** | 1/09 | $4,146.45 |
| **Interest at 12%** (through 4/8/09) | 2/07 – 1/09 | $21,467.22 |
| **Liquidated Damages** | 2/07 – 1/09 | $25,393.28 |
| **Attorneys' Fees** (through 4/2/09) |  | $16,946.00 |
| **Costs** (through 4/2/09) |  | $1,263.73 |
| **TOTAL** |  | **$69,216.68** plus interest |

**Paragraph 5:**

Defendant shall pay the sum of **$43,823.40** (the total above less liquidated damages of $25,393.28) **conditioned** upon the timely compliance by Defendants with *all* of the terms of the Amended Judgment and the following:

(a)  Before April 15, 2009, Defendants shall make an initial payment of $4,165.45;

(b)  Thereafter, Defendants shall make monthly stipulated payments of **$4,000.00**, to be *received* by Saltzman & Johnson Law Corporation on or before the 15th of each month beginning with May 15, 2009, and continuing through April 15, 2010.  Defendant shall have the right to increase said monthly payments at any time without penalty.

(c)  Simultaneously with the submission of each monthly stipulated payment specified herein, Defendants shall submit a list of all jobs, including respective address, general contractor, and owner, where the employees of Defendants are performing work or anticipate performing work.  Certified payroll must also be submitted for all public works.

2

**AMENDMENT TO AMENDED JUDGMENT**
**CASE NO.: C06-07608 JSW**

P:\CLIENTS\OE3CL\Shade Construction\Pleadings\C06-7608 JSW Amendment to Amended Judgment Pursuant to Stipulation 040809.DOC

(d) Beginning with contributions due for hours worked by Defendants' employees during the month of March 2009, due on April 15, 2009, and delinquent if not received by April 25, 2009, and for every month thereafter until the Amended Judgment as amended herein is satisfied, Defendants shall remain current in contributions due to Plaintiffs under the terms of the applicable Collective Bargaining Agreement by timely submitting monthly reports and contributions to the Trust Funds.

(e) Failure by Defendants to remain current in monthly stipulated payments and monthly contributions as specified in this paragraph shall constitute a default of the obligations under the Amended Judgment as amended herein.  In the event of such a default, the entire balance of **$69,216.68**, reduced by principal payments received by Plaintiffs, but increased by any unpaid contributions then due, plus 15% liquidated damages and 12% per annum interest thereon as provided herein shall be immediately due, together with any additional attorneys' fees and costs incurred by Plaintiffs in connection with the collection of all amounts owed by Defendants.

| | |
|---|---|
| Dated: April 8, 2009 | Shade Construction & Engineering, Inc. |
| | _____/S/_____ <br> Scott Shade, President |
| Dated: April 8, 2009 | Scott Shade, Individually |
| | _____/S/_____ <br> Scott Shade |
| Dated: April 9, 2009 | Operating Engineers Trust Funds |
| | _____/S/_____ <br> Wayne McBride |

IT IS SO ORDERED.

Dated:  April 13, 2009          _____
                                 UNITED STATES MAGISTRATE JUDGE

3

**AMENDMENT TO AMENDED JUDGMENT**
**CASE NO.: C06-07608 JSW**